DARRELL D. DENNIS
Nevada Bar No. 006618
dennis@lbbslaw.com
JEFFREY D. OLSTER
Nevada Bar No. 008864
olster@lbbslaw.com
GREGORY S. BEAN
Nevada Bar No. 12694
gbean@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
GOVERNMENT EMPLOYEES INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMONA WILLIAMS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | Case No. 2:13-cv-00202-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties and their respective counsel, that this action be dismissed, with prejudice, with each party to bear her/its own attorneys' fees and costs.

4813-1779-2275.1

DATED this 20th day of May, 2013

                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                    By _____
                    Darrell D. Dennis
                    Nevada Bar No. 006618
                    Jeffrey D. Olster
                    Nevada Bar No. 008864
                    Gregory S. Bean
                    Nevada Bar No. 012694
                    6385 S. Rainbow Boulevard, Suite 600
                    Las Vegas, Nevada 89118
                    *Attorneys for Defendant*
                    *Government Employees Insurance Company*

DATED this 17th day of May, 2013

                    BERNSTEIN & POISSON

                    By _____
                    Scott Poisson
                    Nevada Bar No. 10188
                    Curtiss Chamberlain
                    Nevada Bar No. 11535
                    320 S. Jones Boulevard
                    Las Vegas, Nevada 89107
                    *Attorneys for Plaintiff*

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs.

IT IS SO ORDERED this 20th day of May, 2013.

_____
U.S. DISTRICT COURT JUDGE

4813-1779-2275.1

2